UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

The Pregnancy Care Center of Rockford, et al.
                                             Plaintiff,
v.                                           Case No.: 1:25−cv−02983

James Bennett, et al.
                                             Defendant.

**DIVISIONAL TRANSFER NOTICE**

DIVISIONAL TRANSFER Notice. Case transferred to Western Division − Rockford. (jp, )